UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EL AMIN MUHAMMAD,

    Plaintiff,

v.

CHRIS KING, et al.,

    Defendants.

_____/

Case No. 1:23-cv-1306

Hon. Hala Y. Jarbou

## ORDER

On October 15, 2025, Magistrate Judge Phillip J. Green issued a Report and Recommendation (R&R) that Defendants' motion for summary judgment (ECF No. 34) be granted. (ECF No. 36.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the merits of Plaintiff's claims and makes a sound recommendation. However, the Court does not adopt the magistrate judge's conclusion that Plaintiff's failure to respond to the motion for summary judgment is an alternate basis for granting the motion. *See Miller v. Shore Fin. Servs., Inc.*, 141 F. App'x 417, 419 (6th Cir. 2005) ("When a non-moving party fails to respond . . . the district court must, at a minimum, examine the moving party's motion for summary judgment to ensure that it has discharged its initial burden.").

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 36) is **APPROVED IN PART** and **REJECTED IN PART**. The court approves the R&R except for the discussion of waiver on pages 10–11 and the recommendation that the Court certify that an appeal would not be taken in good faith.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 34) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court declines to certify that an appeal of this action would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

A judgment will issue in accordance with this Order.


Dated: November 13, 2025              /s/ Hala Y. Jarbou
                                      HALA Y. JARBOU
                                      CHIEF UNITED STATES DISTRICT JUDGE